```
JOANNA L. BROOKS (State Bar No. 182986)
PUNAM SARAD (State Bar No. 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone    415.394.9400
Facsimile:    415.394.9401
Email:    brooksj@jacksonlewis.com
          saradp@jacksonlewis.com
```

*E-FILED - 8/25/09*

Attorneys for Defendant
NORCAL MOVING SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DONACIANO ORTIZ and LUIS ORTIZ,<br><br>Plaintiffs,<br><br>v.<br><br>JUAN GARCIA DBA M AND I SERVICES, NORCAL MOVING AND DOES 1-10,<br><br>Defendants. | Case No. C 08-05254 RMW<br><br>**STIPULATION REQUESTING AN ORDER CHANGING AND EXTENDING TIME TO COMPLETE MEDIATION& [] ORDER**<br><br><br>Judge:           Ronald M. Whyte<br>Trial Date:     July 5, 2010 |

Plaintiffs DONACIANO ORTIZ AND LUIS ORTIZ ("Plaintiffs") and Defendant NORCAL MOVING SERVICES, INC. ("Defendant") submit the following Stipulation Requesting And Order Changing And Extending Time To Complete Mediation.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant (collectively "Parties") by and through their respective attorneys of record to extend the time for the Parties to complete Court ordered mediation, as follows:

    1.    The First Amended Complaint for Damages was filed on January 27, 2009. Defendant filed an Answer to the First Amended Complaint on April 20, 2009.  While Defendant

1  Nor-Cal Moving Services, Inc., filed an Answer to the First Amended Complaint, the other named Defendant in this action, Juan Garcia dba Moving Services, Inc ("Juan Garcia"), has not yet appeared in this action. Consequently, Plaintiff's counsel requested and the Court granted Plaintiff's Notice of Entry of Default on Juan Garcia on May 29, 2009.

2. The Parties were assigned to mandatory Alternative Dispute Resolution by Court order dated June 16, 2009. The Parties have been exploring a possible stay of this action pending an entry of judgment against Defendant Juan Garcia. The discussion of the stay of this action resulted in a temporary halt to discovery. As a result, additional time is needed to complete discovery necessary for a productive mediation.

3. The ADR mediation deadline in the above captioned matter is August 19, 2009.

4. An order changing time for completion of the ADR mediation is necessary because the Parties have not yet completed the necessary pre-mediation discovery.

5. The undersigned Plaintiffs and Defendants do freely stipulate to complete Court ordered mediation before October 19, 2009.

6. The undersigned Plaintiff and Defendants do freely stipulate that Mediation Briefs shall be submitted 10 calendar days before the mediation.

7. This Stipulation to request an extension of time for the Parties to complete Court ordered mediation shall have no other effect on the continued prosecution of this matter.

Respectfully submitted,

Date:  August 19, 2009                               Date:  August 19, 2009

LAW OFFICE OF ADAM WANG                              JACKSON LEWIS, LLP


By____/s/ Adam Pedersen_____              By_____/s/ JoAnna L. Brooks_____
   Adam Wang                                         JoAnna L. Brooks
   Adam Pederson                                     Punam Sarad


Attorneys for Plaintiffs                             Attorneys for Defendant
DONACIANO AND LUIS ORTIZ                             NORCAL MOVING SERVICES, INC.

1

2 **ORDER**

3 Upon consideration of the attached stipulation, it is ORDERED, that the said stipulation

4 be and hereby is approved and that the time for all non-defaulting parties to complete Court

5 ordered mediation is hereby extended to and including the day of 10/19/09.  PURSUANT TO

6 STIPULATION, IT IS SO ORDERED.

7 Dated: __8/25/09_____    _____*Ronald M. Whyte*_____

8 JUDGE RONALD M. WHYTE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28